UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richshelle S. White,

Debtor

Case No.:  17-31141

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  November 8, 2017  :

Property:       4 Amberwood Lane, Lumberton, NJ  08048

Creditor:       Select Loan Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by  the debtor , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  11/08/2018 .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Richshelle S White  
       Debtor

Case No. 17-31141-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Aug 16, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db              +Richshelle S White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Albert    Russo    docs@russotrustee.com
      Andrew Thomas Archer     on behalf of Debtor Richshelle S White aarcher@brennerlawoffice.com,
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
      Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
        Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Rebecca Ann Solarz     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
        Al... rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 6