Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31141–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richshelle S White
   4 Amberwood Lane
   Lumberton, NJ 08048

Social Security No.:
   xxx–xx–5385

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/11/18
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Esq.
Attorney for Debtor

COMMISSION OR FEES
$1,493.75

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.


Dated: November 15, 2018
JAN:

                                                            Jeanne Naughton
                                                            Clerk

```
                                 United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                      Case No. 17-31141-MBK
Richshelle S White                                                          Chapter 13
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-3             User: admin                 Page 1 of 2                 Date Rcvd: Nov 16, 2018
                                 Form ID: 137                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +Richshelle S White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
aty            +David Fein,    KML Law Group,    Mellon Independence Centr,    701 Market Street, Ste. 5000,
                 Philadelphia, PA 19106-1541
517128843      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517151854      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517128848      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517128851      +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517128849      +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
517128854      +KML Law Group,    Mellon Independence Center,    701 Market St.,    Suite 5000,
                 Philadelphia, PA 19106-1541
517128853      +Kelvin White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
517128855      +Select Loan Servicing,    8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386
517128856      +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:14      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517128841       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 23:49:55      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517128840      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 23:49:54      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517128842      +E-mail/Text: bk.notifications@jpmchase.com Nov 16 2018 23:48:02      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517128845      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2018 23:50:11      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517128844      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2018 23:50:11      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517455497      +E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 23:47:46      Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
517128847      +E-mail/PDF: pa_dc_ed@navient.com Nov 16 2018 23:50:23      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517128846      +E-mail/PDF: pa_dc_ed@navient.com Nov 16 2018 23:49:56      Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517256412      +E-mail/Text: bk.notifications@jpmchase.com Nov 16 2018 23:48:02      JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517332476       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2018 23:49:57      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
517259476       E-mail/PDF: pa_dc_claims@navient.com Nov 16 2018 23:50:10
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517297182       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 23:49:55
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517207621      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2018 23:48:38      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
lm*            +Select Loan Servicing,    8742 Lucent Boulevard, Ste. 300,    Littleton, CO 80129-2386
517128852*     +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517128850*     +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                               Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Andrew Thomas Archer     on behalf of Debtor Richshelle S White aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```