Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31141–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richshelle S White
   4 Amberwood Lane
   Lumberton, NJ 08048

Social Security No.:
   xxx–xx–5385

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 10, 2018.

On November 13, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          January 8, 2019
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 15, 2018
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-31141-MBK
Richshelle S White                                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: 185             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db         +Richshelle S White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
aty        +David Fein,    KML Law Group,    Mellon Independence Centr,    701 Market Street, Ste. 5000,
             Philadelphia, PA 19106-1541
517128843  +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517151854  +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517128848  +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517128851  +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517128849  +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
517128854  +KML Law Group,    Mellon Independence Center,    701 Market St.,    Suite 5000,
             Philadelphia, PA 19106-1541
517128853  +Kelvin White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
517128855  +Select Loan Servicing,    8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386
517128856  +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:14      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:11      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517128841   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 23:50:22      Capital One,
             15000 Capital One Dr,    Richmond, VA 23238
517128840  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 23:49:54      Capital One,
             Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517128842  +E-mail/Text: bk.notifications@jpmchase.com Nov 16 2018 23:48:02      Chase Auto Finance,
             National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517128845  +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2018 23:49:57      Credit One Bank Na,
             Po Box 98872,    Las Vegas, NV 89193-8872
517128844  +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2018 23:49:57      Credit One Bank Na,
             Po Box 98873,    Las Vegas, NV 89193-8873
517455497  +E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 23:47:46      Department of Treasury,
             Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
517128847  +E-mail/PDF: pa_dc_ed@navient.com Nov 16 2018 23:50:23      Dept Of Ed/Navient,    Po Box 9635,
             Wilkes Barre, PA 18773-9635
517128846  +E-mail/PDF: pa_dc_ed@navient.com Nov 16 2018 23:50:23      Dept Of Ed/Navient,
             Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517256412  +E-mail/Text: bk.notifications@jpmchase.com Nov 16 2018 23:48:02      JPMorgan Chase Bank, N.A.,
             PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517332476   E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2018 23:49:57      LVNV Funding LLC,
             c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
517259476   E-mail/PDF: pa_dc_claims@navient.com Nov 16 2018 23:50:23
             Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
             Wilkes-Barre, PA 18773-9635
517297182   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 00:11:42
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
             Norfolk VA 23541
517207621  +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2018 23:48:38      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Select Loan Servicing,    8742 Lucent Boulevard, Ste. 300,    Littleton, CO 80129-2386
517128852*     +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517128850*     +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
                                                                                       TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 16, 2018
                              Form ID: 185             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Andrew Thomas Archer     on behalf of Debtor Richshelle S White aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```