UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on December 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richshelle S. White,

Debtor

Case No.:   17-31141

Chapter:   13

Judge:   Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esq._____, the applicant, is allowed a fee of $ _____1,493.75_____ for services rendered and expenses in the amount of $_____40.00_____ for a total of $_____1,533.75_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_786.00\_\_\_\_ per month for \_\_\_\_\_36\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*