| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Brenner, Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107<br>P: 856-963-5000<br>F: 856-858-4371<br>Attorney for Debtor |

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richshelle White

Case No.: 17-31141

Judge: Michael B. Kaplan

Chapter: 13

# ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Richshelle White to Allow the Late Proof of Claim as hereinafter set forth, and for cause shown, it is

**ORDERED** that:

The proof of claim filed by INTERNAL REVENUE SERVICE on 4/17/18 as Claim 7-1 is hereby granted approval and able to be paid through a confirmed Chapter 13 plan.