UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
P: 856-963-5000
F: 856-858-4371
Attorney for Debtor

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richshelle White

Case No.: _____17-31141_____

Judge: _____Michael B. Kaplan_____

Chapter: _____13_____

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Richshelle White to Allow the Late Proof of Claim as

hereinafter set forth, and for cause shown, it is

**ORDERED** that:

The proof of claim filed by INTERNAL REVENUE SERVICE on 4/17/18 as Claim 7-1 is hereby granted approval and able to be paid through a confirmed Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31141-MBK
Richshelle S White                                                        Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 28, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db              +Richshelle S White,   4 Amberwood Lane,    Lumberton, NJ 08048-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Richshelle S White aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
           Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
           Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6