| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Brenner, Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107<br>P: 856-963-5000<br>F: 856-858-4371<br>Attorney for Debtor |

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richshelle White

Case No.:     17-31141

Judge:     Michael B. Kaplan

Chapter:     13

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Richshelle White to Allow the Late Proof of Claim as hereinafter set forth, and for cause shown, it is

**ORDERED** that:

The proof of claim filed by LVNV FUNDING LLC on 2/14/18 as Claim 6-1 is hereby granted approval and able to be paid through a confirmed Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Richshelle S White  
      Debtor

Case No. 17-31141-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Feb 28, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.  
db           +Richshelle S White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Albert    Russo    docs@russotrustee.com  
       Andrew Thomas Archer    on behalf of Debtor Richshelle S White aarcher@brennerlawoffice.com,  
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                       TOTAL: 6