Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.: 17−31141−MBK
              Chapter: 13
              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richshelle S White
    4 Amberwood Lane
    Lumberton, NJ 08048

Social Security No.:
    xxx−xx−5385

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2019
JAN: wir

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31141-MBK
Richshelle S White                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jun 26, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
```
db             +Richshelle S White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
aty            +David Fein,    KML Law Group,    Mellon Independence Centr,    701 Market Street, Ste. 5000,
                 Philadelphia, PA 19106-1541
517128843      +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
517151854      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517128854      +KML Law Group,    Mellon Independence Center,    701 Market St.,    Suite 5000,
                 Philadelphia, PA 19106-1541
517128853      +Kelvin White,    4 Amberwood Lane,    Lumberton, NJ 08048-4310
517128855      +Select Loan Servicing,    8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386
517128856      +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517128841       EDI: CAPITALONE.COM Jun 27 2019 03:48:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517128840      +EDI: CAPITALONE.COM Jun 27 2019 03:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517128842      +EDI: CAUT.COM Jun 27 2019 03:48:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517128845      +EDI: RCSFNBMARIN.COM Jun 27 2019 03:48:00      Credit One Bank Na,    Po Box 98872,
                 Las Vegas, NV 89193-8872
517128844      +EDI: RCSFNBMARIN.COM Jun 27 2019 03:48:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517455497      +EDI: IRS.COM Jun 27 2019 03:48:00      Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
517128847      +EDI: NAVIENTFKASMDOE.COM Jun 27 2019 03:48:00      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517128846      +EDI: NAVIENTFKASMDOE.COM Jun 27 2019 03:48:00      Dept Of Ed/Navient,    Attn: Claims Dept,
                 P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517128848      +EDI: AMINFOFP.COM Jun 27 2019 03:48:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517128851      +EDI: IIC9.COM Jun 27 2019 03:48:00      IC Systems, Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
517128849      +EDI: IIC9.COM Jun 27 2019 03:48:00      IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,
                 St Paul, MN 55164-0378
517256412      +EDI: CAUT.COM Jun 27 2019 03:48:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517332476       EDI: RESURGENT.COM Jun 27 2019 03:48:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC   29603-0587
517259476       EDI: NAVIENTFKASMSERV.COM Jun 27 2019 03:48:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517297182       EDI: PRA.COM Jun 27 2019 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517207621      +EDI: JEFFERSONCAP.COM Jun 27 2019 03:48:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Select Loan Servicing,    8742 Lucent Boulevard, Ste. 300,    Littleton, CO 80129-2386
517128852*     +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517128850*     +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Jun 26, 2019
                                  Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew Thomas Archer     on behalf of Debtor Richshelle S White aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```